UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY WALTERS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAL COAST CREDIT SERV., INC.,<br><br>        Defendant.<br>_____/ | CASE NO. 1:14-cv-880-LJO-SAB<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 7) |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 7), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:  **October 6, 2014**                  **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE